AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| DOUMAR, ROBERT G. | U. S. DISTRICT COURT, EASTERN DISTRICT OF VIRGINIA | 07/19/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| SENIOR UNITED STATES DISTRICT JUDGE | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

Room 420 United States Courthouse
600 Granby Street
Norfolk, VA 23510

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | MEMBER | �altered unimproved land in Chesapeake, VA |
| 2. | MEMBER | ▐, unimproved land in rural areas of Va. Beach, VA |
| 3. | MEMBER | ▐ a limited partnership |
| 4. | STOCKHOLDER | ▐ a subchapter S corporation |
| 5. | STOCKHOLDER | ▐ (subchapter S corporation) |
| 6. | STOCKHOLDER | ▐ Subchapter S corporation (owns unimproved lots in Chesapeake, VA) |
| 7. | CO-MANAGER | ▐ FOUNDATION (charitable foundation which holds stock in Abbvie Inc., Chevron Corp., EOG Resources, Phillips 66) |
| 8. | MEMBER | ▐ |
| 9. | MEMBER | ▐ |
| 10. | MEMBER | ▐ LLC |
| 11. | MEMBER | ▐, Pasquotank Co., NC |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 07/19/2019 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 07/19/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 12/31/2018 | DIRECTOR'S FEE - ▓▓▓▓▓▓▓▓▓▓▓. |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **DOUMAR, ROBERT G.** | 07/19/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **DOUMAR, ROBERT G.** | 07/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ABBOTT LABS | B | Dividend | L | T | | | | | |
| 2. ABBVIE INC. COM | D | Dividend | M | T | | | | | |
| 3. ADVANCED MICRO DEVICES | | None | J | T | | | | | |
| 4. AFLAC INC. | B | Dividend | L | T | | | | | |
| 5. AGNC INVESTMENT CORP. | A | Dividend | K | T | Buy | 07/31/18 | J | | |
| 6. | | | | | Buy (add'l) | 09/06/18 | J | | |
| 7. | | | | | Buy (add'l) | 11/19/18 | K | | |
| 8. ALIBABA GROUP HOLDING LTD. | | None | M | T | | | | | |
| 9. ALLEGION PLC | A | Dividend | K | T | | | | | |
| 10. ALLIANCE BERNSTEIN HOLDING, LP | D | Distribution | L | T | | | | | |
| 11. ALLIANCE RESOURCE PARTNERS | B | Distribution | L | T | Buy | 07/31/18 | J | | |
| 12. | | | | | Buy (add'l) | 08/23/18 | J | | |
| 13. | | | | | Buy (add'l) | 10/01/18 | K | | |
| 14. | | | | | Buy (add'l) | 11/19/18 | J | | |
| 15. ALPHABET A INC., formerly GOOGLE | | None | M | T | | | | | |
| 16. ALPHABET C INC., formerly GOOGLE | | None | M | T | | | | | |
| 17. AMERITRADE | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ANNALY CAPITAL MGMT. | C | Dividend | K | T | | | | | |
| 19. ARES CAPITAL CORP. | C | Dividend | K | T | | | | | |
| 20. ARMANINO FOODS OF DISTINCTION | A | Dividend | J | T | | | | | |
| 21. ARROW FINL. CORP. | B | Dividend | L | T | Buy (add'l) | 06/25/18 | K | | |
| 22. | | | | | Buy (add'l) | 10/30/18 | K | | |
| 23. AT&T | B | Dividend | K | T | | | | | |
| 24. AVEO PHARMACEUTICALS INC. | | None | J | T | Buy | 10/15/18 | J | | |
| 25. AXA | C | Dividend | L | T | Buy (add'l) | 01/03/18 | J | | |
| 26. | | | | | Buy (add'l) | 03/02/18 | J | | |
| 27. BAIDU INC. | | None | M | T | | | | | |
| 28. BANK OF AMERICA | C | Dividend | M | T | | | | | |
| 29. BANK OF NEW YORK MELLON | B | Dividend | L | T | Buy (add'l) | 04/18/18 | K | | |
| 30. | | | | | Buy (add'l) | 06/20/18 | K | | |
| 31. BB&T CORP. | D | Dividend | M | T | | | | | |
| 32. BIOGEN INC. | | None | L | T | Buy (add'l) | 05/23/18 | K | | |
| 33. | | | | | Buy (add'l) | 09/06/18 | K | | |
| 34. | | | | | Buy (add'l) | 10/30/18 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 07/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. BIOVERATIVE INC. | | None | | | Sold | 02/23/18 | J | | |
| 36. BLACKROCK CAP. INVESTMENT CORP. | A | Dividend | | | Buy (add'l) | 04/30/18 | J | | |
| 37. | | | | | Sold | 12/28/18 | J | | |
| 38. BLACKROCK EQUITY DIVIDEND FD A (IRA) | E | Dividend | P1 | T | | | | | |
| 39. BOEING COMPANY | D | Dividend | N | T | | | | | |
| 40. BRISTOL MYERS SQUIBB CO. | B | Dividend | L | T | | | | | |
| 41. BROOKFIELD GLOBAL LISTED | A | Dividend | J | T | | | | | |
| 42. CALAMOS STRG. TTL | B | Distribution | K | T | Buy (add'l) | 04/23/18 | J | | |
| 43. | | | | | Buy (add'l) | 09/21/18 | J | | |
| 44. ▓▓▓▓▓▓▓▓▓▓ | B | Distribution | J | W | | | | | |
| 45. CAPITAL ONE FINANCIAL | B | Dividend | K | T | | | | | |
| 46. CARLYLE GROUP | B | Distribution | L | T | Buy (add'l) | 05/11/18 | J | | |
| 47. | | | | | Buy (add'l) | 05/24/18 | K | | |
| 48. | | | | | Buy (add'l) | 05/29/18 | J | | |
| 49. CELEGENE CORP. | | None | K | T | Buy | 10/31/18 | K | | |
| 50. CENTURY LINK | C | Dividend | K | T | | | | | |
| 51. ▓▓▓▓▓▓▓▓ Chesapeake, VA | C | Rent | L | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 07/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. CHESAPEAKE BAY BRDG & TUNL DIST VA REV BOND | A | Interest | J | T | Buy | 02/18/18 | J | | |
| 53. CHESAPEAKE GRANITE WASH | A | Distribution | | | Sold | 04/03/18 | J | | |
| 54. CHICO'S FASHION, INC. | A | Dividend | | | Buy | 05/21/18 | J | | |
| 55. | | | | | Buy (add'l) | 05/23/18 | J | | |
| 56. | | | | | Buy (add'l) | 05/29/18 | J | | |
| 57. | | | | | Sold | 09/18/18 | K | | |
| 58. CHIMERA INVESTMENT | D | Distribution | K | T | | | | | |
| 59. CHINA MOBILE | B | Dividend | K | T | | | | | |
| 60. CISCO SYSTEMS | C | Dividend | L | T | | | | | |
| 61. CITIGROUP COMMON STOCK | C | Dividend | K | T | Donated (part) | | | | |
| 62. CLOUGH GLOBAL EQUITY FUND | A | Dividend | | | Buy | 10/01/18 | J | | |
| 63. | | | | | Sold | 12/28/18 | J | | |
| 64. CLOUGH GLOBAL OPP. | B | Dividend | | | Buy | 01/08/18 | J | | |
| 65. | | | | | Sold | 12/28/18 | J | | |
| 66. CM FINANCIAL, INC. | B | Dividend | K | T | Buy | 07/31/18 | K | | |
| 67. | | | | | Buy (add'l) | 08/03/18 | J | | |
| 68. | | | | | Buy (add'l) | 08/23/18 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| DOUMAR, ROBERT G. | 07/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 09/06/18 | J | | |
| 70. CONOCO-PHILLIPS | B | Dividend | L | T | | | | | |
| 71. CORNING | A | Dividend | K | T | | | | | |
| 72. COSTCO WHOLESALE CORP. | A | Dividend | K | T | Buy (add'l) | 06/20/18 | K | | |
| 73. CURIS INC. | | None | | | Sold | 01/08/18 | J | | |
| 74. CSX CORP. | C | Dividend | M | T | | | | | |
| 75. DELUXE CORP. | B | Dividend | L | T | Buy (add'l) | 05/15/18 | K | | |
| 76. DIVIDEND AND INCOME FUND | B | Dividend | K | T | | | | | |
| 77. ▇▇▇▇▇ | E | Distribution | N | W | | | | | |
| 78. ▇▇▇▇▇▇ | | None | M | W | | | | | |
| 79. ▇▇▇▇▇ | E | Distribution | M | W | | | | | |
| 80. DOWDUPONT, INC. | D | Dividend | M | T | | | | | |
| 81. DXC TECHNOLOGY CO. | A | Dividend | K | T | Buy (add'l) | 04/11/18 | J | | |
| 82. | | | | | Buy (add'l) | 09/19/18 | J | | |
| 83. | | | | | Buy (add'l) | 10/30/18 | J | | |
| 84. EATON VANCE FLOATING CLASS C (Mutual Fund Signature Adv.) | C | Distribution | M | T | | | | | |
| 85. ECOLAB | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. ELLINGTON FINANCIAL LLC | A | Distribution | J | T | Buy | 10/02/18 | J | | |
| 87. ▨▨▨▨▨ | G | Distribution | J | W | | | | | |
| 88. EMERSON ELECTRIC | B | Dividend | L | T | | | | | |
| 89. ENERGY TRANSFER PARTNERS LP | B | Distribution | K | T | Buy (add'l) | 02/21/18 | J | | |
| 90. | | | | | Buy (add'l) | 04/20/18 | J | | |
| 91. ENTERPRISE PRODUCTS | D | Distribution | L | T | | | | | |
| 92. ENVEST, II | E | Distribution | | | Sold | 06/04/18 | K | | |
| 93. EOG RESOURCES, INC. | B | Dividend | M | T | Donated (part) | | | | |
| 94. EURONET WORLDWIDE INC. | | None | K | T | Buy (add'l) | 10/30/18 | J | | |
| 95. EXELON CORP. | B | Dividend | K | T | | | | | |
| 96. EXXON MOBIL | C | Dividend | L | T | | | | | |
| 97. FACEBOOK INC. | | None | K | T | | | | | |
| 98. FAIR ISAAC CORP. | | None | K | T | Buy | 02/21/18 | J | | |
| 99. | | | | | Buy (add'l) | 02/23/18 | J | | |
| 100. | | | | | Buy (add'l) | 03/21/18 | J | | |
| 101. | | | | | Buy (add'l) | 04/03/18 | J | | |
| 102. FAIRFAX CNTY VA ECONOMIC DEV. AUTH. BOND | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 07/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  FAIRFIELD ASSOCIATES | | None | J | W | | | | | |
| 104.  ▓▓▓▓▓▓▓ | C | Rent | N | W | | | | | |
| 105.  FIDELITY ADVISOR 529 PLAN (X) | A | Dividend | K | T | | | | | |
| 106.  FIDUCIARY/CLAYMORE MLP. | B | Dividend | | | Sold | 08/23/18 | K | | |
| 107.  FONOR CORP. | | None | | | Buy | 04/23/18 | J | | |
| 108. | | | | | Sold | 08/23/18 | J | | |
| 109.  FREEPORT McMORAN INC. | A | Dividend | J | T | Buy (add'l) | 10/30/18 | J | | |
| 110.  GABELLI TRUST | C | Dividend | K | T | | | | | |
| 111.  GAMCO GLOBAL GOLD NTRL. RES. | A | Dividend | | | Sold | 10/01/18 | J | | |
| 112.  GAMESTOP CORP. | B | Dividend | | | Buy (add'l) | 05/04/18 | J | | |
| 113. | | | | | Sold | 10/01/18 | K | | |
| 114.  GILEAD SCIENCES INC. | A | Dividend | K | T | Buy | 11/19/18 | K | | |
| 115.  GLADSTONE INVESTMENT | A | Dividend | | | Buy (add'l) | 05/29/18 | J | | |
| 116. | | | | | Redeemed | 08/31/18 | K | | |
| 117.  GLOBAL PARTNERS, LP | A | Distribution | K | T | Buy | 07/31/18 | J | | |
| 118. | | | | | Buy (add'l) | 08/24/18 | J | | |
| 119.  GOLDMAN SACHS | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 07/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. GUAM GOVT. BUSINESS PRIVILEGE BOND | A | Interest | J | T | | | | | |
| 121. HAWAIIAN HOLDINGS, INC. | A | Dividend | J | T | | | | | |
| 122. HEWLETT PACKARD | A | Dividend | J | T | Buy (add'l) | 05/29/18 | J | | |
| 123. HP INC. | A | Dividend | K | T | Buy (add'l) | 05/29/18 | J | | |
| 124. HOST HOTELS & RESORTS | B | Dividend | K | T | Buy (add'l) | 04/23/18 | J | | |
| 125. HSBC HLDG. PLC. | B | Dividend | K | T | Buy (add'l) | 10/30/18 | J | | |
| 126. ICAHN ENTERPRISES, LP | D | Distribution | L | T | Buy (add'l) | 04/09/18 | J | | |
| 127. | | | | | Buy (add'l) | 04/23/18 | J | | |
| 128. | | | | | Buy (add'l) | 04/24/18 | J | | |
| 129. | | | | | Buy (add'l) | 05/15/18 | K | | |
| 130. | | | | | Buy (add'l) | 05/29/18 | J | | |
| 131. ILG INC. | A | Dividend | | | Sold | 05/17/18 | K | | |
| 132. INDEPENDENT PROPERTY OPERATORS | D | Distribution | L | W | | | | | |
| 133. INDIA FUND, INC. | D | Dividend | K | T | Buy | 08/20/18 | J | | |
| 134. | | | | | Buy (add'l) | 08/21/18 | J | | |
| 135. | | | | | Buy (add'l) | 12/26/18 | K | | |
| 136. INGERSOLL RAND | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 07/19/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. INTEL CORP. | B | Dividend | K | T | | | | | |
| 138. INTERNATIONAL BUSINESS MACHINES | A | Dividend | K | T | Buy | 10/01/18 | K | | |
| 139. INTERNATIONAL PAPER CO. | A | Dividend | J | T | | | | | |
| 140. INVESCO. MORTG. CAPITAL | C | Dividend | L | T | Buy (add'l) | 04/23/18 | K | | |
| 141. | | | | | Buy (add'l) | 05/15/18 | J | | |
| 142. | | | | | Buy (add'l) | 05/29/18 | J | | |
| 143. ▮▮▮▮▮▮▮▮ | G | Distribution | | | Sold | 06/22/18 | M | | |
| 144. JOHNSON & JOHNSON | A | Dividend | | | Sold | 05/29/18 | L | | |
| 145. J.P. MORGAN CHASE & CO. | A | Dividend | K | T | Buy (add'l) | 01/17/18 | J | | |
| 146. | | | | | Buy (add'l) | 05/14/18 | J | | |
| 147. LADDER CAPITAL CORP. | A | Dividend | K | T | Buy | 07/31/18 | J | | |
| 148. | | | | | Buy (add'l) | 12/26/18 | J | | |
| 149. LADENBURG THALMAN PFD | E | Dividend | M | T | | | | | |
| 150. ▮▮▮▮▮▮▮▮ | D | Distribution | N | W | | | | | |
| 151. LAZARD LTD. | C | Distribution | L | T | Buy (add'l) | 01/02/18 | K | | |
| 152. LEXINGTON VA. INDL. DEV. AUTH EDL BOND | A | Interest | J | T | | | | | |
| 153. LINDSEY CANAL, INC. | | None | K | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 07/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. LOUDON CNTY VA ECONOMIC DEV. BOND | A | Interest | J | T | | | | | |
| 155. MAIN STREET CAPITAL | D | Dividend | L | T | | | | | |
| 156. MARRIOTT INTL. INC. | A | Dividend | L | T | | | | | |
| 157. MASTERCARD INC. | A | Dividend | L | T | | | | | |
| 158. MCDONALDS CORP. | C | Dividend | M | T | Buy (add'l) | 04/09/18 | K | | |
| 159. | | | | | Buy (add'l) | 05/15/18 | K | | |
| 160. MERCK | B | Dividend | L | T | | | | | |
| 161. MFA FINANCIAL, INC. | B | Dividend | K | T | Buy (add'l) | 04/10/18 | J | | |
| 162. MFS TOTAL RETURN FUND | D | Dividend | M | T | | | | | |
| 163. MICRO FOCUS INTERNATIONAL | A | Dividend | J | T | Buy (add'l) | 05/22/18 | J | | |
| 164. MICROSOFT | B | Dividend | K | T | | | | | |
| 165. MIND CTI LTD. | B | Dividend | K | T | Buy (add'l) | 04/27/18 | J | | |
| 166. | | | | | Buy (add'l) | 05/11/18 | J | | |
| 167. | | | | | Buy (add'l) | 10/30/18 | J | | |
| 168. MOELIS & CO. | C | Dividend | K | T | Buy | 05/21/18 | L | | |
| 169. | | | | | Buy (add'l) | 06/01/18 | K | | |
| 170. | | | | | Buy (add'l) | 10/30/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 07/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 11/01/18 | J | | |
| 172. | | | | | Sold (part) | 11/13/18 | K | | |
| 173. MONSANTO CO. | A | Dividend | | | Buy (add'l) | 04/09/18 | K | | |
| 174. | | | | | Sold | 06/07/18 | L | D | |
| 175. MORGAN STANLEY | B | Dividend | L | T | | | | | |
| 176. MOTOROLA SOLUTIONS | A | Dividend | K | T | | | | | |
| 177. NATIONAL GRID PLC. | A | Dividend | | | Buy | 05/22/18 | K | | |
| 178. | | | | | Sold | 10/02/18 | K | | |
| 179. NEW RESIDENTIAL INV. CORP. | D | Dividend | K | T | Buy (add'l) | 01/03/18 | J | | |
| 180. | | | | | Buy (add'l) | 04/23/18 | J | | |
| 181. NEW YORK MORTGAGE TRUST, INC. | B | Dividend | J | T | | | | | |
| 182. NEWTEK BUSINESS SERVICES CORP. | C | Dividend | K | T | | | | | |
| 183. NORFOLK SOUTHERN | C | Dividend | M | T | | | | | |
| 184. NORTHERN TRUST CORP. | A | Dividend | K | T | Buy (add'l) | 04/11/18 | K | | |
| 185. NVIDIA CORP. | A | Dividend | M | T | | | | | |
| 186. OLD REPUBLIC INTL CORP. | C | Dividend | K | T | Buy (add'l) | 01/03/18 | K | | |
| 187. ONEOK INC. NEW | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. ORANGE CNTY VA. ECONOMIC DEV. BOND | A | Interest | J | T | | | | | |
| 189. OTC MARKETS GROUP INC. | A | Dividend | J | T | | | | | |
| 190. OXFORD LANE CAPITAL CORP. | B | Dividend | J | T | | | | | |
| 191. OXFORD SQUARE, formerly TICC Capital (X) | B | Dividend | K | T | Spinoff (from line 238) | 03/20/18 | K | | |
| 192. PATRICK INDUSTRIES | | None | J | T | Buy (add'l) | 04/09/18 | J | | |
| 193. PBF ENERGY INC. CL A | A | Dividend | K | T | | | | | |
| 194. PENNANTPARK INVESTMENT CORP. | B | Dividend | | | Sold | 01/17/18 | K | | |
| 195. PERSPECTA INC. (X) | A | Dividend | J | T | Spinoff (from line 81) | 05/07/18 | J | | |
| 196. PFIZER INC. | B | Dividend | K | T | Buy (add'l) | 04/27/18 | J | | |
| 197. PHILLIPS 66 | C | Dividend | L | T | | | | | |
| 198. PINELAND STATION, n/k/a SEA TURTLE MARKETPLACE | | None | J | W | | | | | |
| 199. POWHATAN COUNTY VA. ECONOMIC DEV. BOND | A | Interest | J | T | | | | | |
| 200. PPL CORP. | B | Dividend | K | T | Buy (add'l) | 09/19/18 | K | | |
| 201. | | | | | Sold (part) | 10/22/18 | K | | |
| 202. �per | | None | M | W | | | | | |
| 203. ▮▮▮ | G | Distribution | N | W | | | | | |
| 204. PROCTOR GAMBLE CO. | A | Dividend | K | T | Buy | 04/03/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS

*– income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. | | | | | Buy (add'l) | 10/30/18 | J | | |
| 206. QUALCOMM INC. | B | Dividend | K | T | | | | | |
| 207. RAYONIER INC. | C | Distribution | L | T | | | | | |
| 208. REAVES UTILITY INCOME FUND SBI | B | Dividend | K | T | | | | | |
| 209. ▓▓▓▓▓▓▓ | | None | M | W | | | | | |
| 210. ROCHE HOLDINGS CORP. | A | Dividend | J | T | Buy (add'l) | 04/09/18 | J | | |
| 211. ROYAL DUTCH PETROLEUM | C | Dividend | L | T | | | | | |
| 212. ROYCE VALUE TRUST, INC. | B | Dividend | K | T | Buy | 05/22/18 | J | | |
| 213. | | | | | Buy (add'l) | 08/23/18 | J | | |
| 214. | | | | | Buy (add'l) | 10/30/18 | J | | |
| 215. SANDRIDGE PERMIAN TRUST, LP | C | Distribution | J | T | Buy (add'l) | 02/23/18 | J | | |
| 216. SANOFI | A | Dividend | K | T | | | | | |
| 217. SARATOGA INVESTMENT CORP. | B | Dividend | K | T | | | | | |
| 218. SEAGATE TECHNOLOGY ORD. | B | Dividend | K | T | Buy (add'l) | 04/09/18 | J | | |
| 219. | | | | | Buy (add'l) | 04/11/18 | J | | |
| 220. | | | | | Buy (add'l) | 04/30/18 | J | | |
| 221. | | | | | Buy (add'l) | 05/15/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy (add'l) | 05/29/18 | J | | |
| 223. | | | | | Sold (part) | 11/13/18 | K | | |
| 224. | | | | | Buy (add'l) | 12/28/18 | K | | |
| 225. SHIP FINANCE INTERNATIONAL | B | Dividend | | | Sold | 09/18/18 | J | | |
| 226. SHOPIFY INC. | | None | K | T | Buy (add'l) | 10/30/18 | J | | |
| 227. SOLAREDGE TECHNOLOGIES | | None | K | T | Buy | 11/05/18 | K | | |
| 228. STATE STREET CORP. | A | Dividend | K | T | Buy (add'l) | 04/11/18 | K | | |
| 229. STELLUS CAP. INVESTMENT | B | Dividend | K | T | Buy (add'l) | 12/26/18 | J | | |
| 230. SUNCOKE ENERGY PARTNERS, LP | C | Distribution | | | Sold (part) | 11/13/18 | K | | |
| 231. | | | | | Sold | 12/28/18 | J | | |
| 232. SUNTRUST CHECKING | A | Interest | K | T | | | | | |
| 233. SUNTRUST | D | Dividend | N | T | Donated (part) | | | | |
| 234. SUNTRUST SECURITIES | C | Interest | O | T | | | | | |
| 235. TAIWAN SEMICONDUCTOR | C | Dividend | L | T | | | | | |
| 236. TANDY LEATHER FACTORY | | None | J | T | | | | | |
| 237. TD AMERITRADE | | None | J | T | Buy | 11/23/18 | K | | |
| 238. TICC CAPITAL CORP. | A | Dividend | | | Closed | 03/20/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 07/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. TOWNEBANK | E | Dividend | O | T | Donated (part) | | | | |
| 240. TWO HARBORS INVESTMENT | B | Dividend | K | T | Buy | 01/08/18 | K | | |
| 241. | | | | | Buy (add'l) | 10/30/18 | J | | |
| 242. | | | | | Buy (add'l) | 12/26/18 | J | | |
| 243. UBS FINANCIAL - Money Market | A | Interest | J | T | | | | | |
| 244. UNION PAC CORP. | A | Dividend | K | T | Buy | 09/20/18 | L | | |
| 245. | | | | | Sold (part) | 09/20/18 | K | | |
| 246. UNITED PARCEL SERVICE | B | Dividend | K | T | Buy | 04/11/18 | K | | |
| 247. | | | | | Buy (add'l) | 07/25/18 | K | | |
| 248. VALERO ENERGY CORP. | C | Dividend | L | T | | | | | |
| 249. VEEVA SYSTEMS, INC. | | None | K | T | Buy (add'l) | 04/09/18 | J | | |
| 250. | | | | | Buy (add'l) | 04/11/18 | K | | |
| 251. VIRGINIA COMMONWEALTH TRANS. RV. | A | Interest | K | T | | | | | |
| 252. VIRGINIA ST. PUB. SCH. AUTH. OBLIG PRINCE WILLIAM CNTY BOND | A | Interest | J | T | | | | | |
| 253. WALT DISNEY CO. | A | Dividend | L | T | Buy (add'l) | 06/25/18 | K | | |
| 254. WELLS FARGO | D | Dividend | L | T | | | | | |
| 255. WESTPAC BKG. CORP. | B | Dividend | | | Buy (add'l) | 05/11/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Sold | 10/01/18 | K | | |
| 257. WHITEHORSE FIN. INC. | C | Dividend | K | T | Buy (add'l) | 05/11/18 | J | | |
| 258. | | | | | Buy (add'l) | 06/22/18 | J | | |
| 259. ▇▇▇ | G | Distribution | M | W | | | | | |
| 260. YUM! BRANDS INC. | A | Dividend | K | T | Buy (add'l) | 04/11/18 | K | | |
| 261. YUM CHINA HLDGS. INC. | A | Dividend | K | T | Buy (add'l) | 04/11/18 | J | | |
| 262. ▇▇▇ ASSETS LISTED BELOW ARE TO BE REDACTED FROM (H) | | | | | | | | | |
| 263. REPORT OF THE UNDERSIGNED MADE PUBLIC BY THE COMMITTEE DUE (H) | | | | | | | | | |
| 264. TO ▇ CLAIMED CONSTITUTIONAL RIGHT OF PRIVACY: (H) | | | | | | | | | |
| 265. Advansix Inc. (X) | | None | J | T | | | | | |
| 266. Advncd Micro D Inc. (X) | | None | J | T | | | | | |
| 267. Alphabet Inc. (X) | | None | J | T | | | | | |
| 268. Altria Group | A | Dividend | J | T | | | | | |
| 269. Amazon Com Inc. (X) | | None | J | T | | | | | |
| 270. Apergy Corp. Reg. (X) | | None | J | T | | | | | |
| 271. Apple Inc. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 07/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 272.  Atmos Energy Corp. | A | Dividend | J | T | | | | | |
| 273.  Automatic Data Processing | A | Dividend | J | T | | | | | |
| 274.  Baidu Inc. (X) | | None | J | T | | | | | |
| 275.  BB&T | C | Dividend | L | T | | | | | |
| 276.  BB&T (Checking/money market) | A | Interest | K | T | | | | | |
| 277.  Black Rock Va. Muni. Tr. | A | Dividend | J | T | Sold (part) | 07/26/18 | J | A | |
| 278.  Booking Hldgs Inc. | | None | | | Buy | 05/01/18 | J | | |
| 279. | | | | | Sold | 12/31/18 | J | | |
| 280.  Celgene Corp. (X) | | None | | | Sold | 02/15/18 | J | D | |
| 281.  CenturyLink Inc. | A | Dividend | | | Sold | 07/26/18 | K | | |
| 282.  Coca-Cola | A | Dividend | J | T | | | | | |
| 283.  Comcast | A | Dividend | K | T | | | | | |
| 284.  Community Banks Tr. Corp. (X) | | None | K | T | | | | | |
| 285.  Colgate Palmolive | A | Dividend | J | T | Buy | 05/01/18 | J | | |
| 286.  Corp Office Pptys. Trust REIT | A | Dividend | | | Sold | 02/15/18 | J | | |
| 287.  Costco Wholesale | A | Dividend | J | T | | | | | |
| 288.  CVS Caremark Corp. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 07/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 289. Morgan-Stanley Dean Witter Trust Premium Income Trust | A | Interest | J | T | | | | | |
| 290. Morgan-Stanley Dean Witter Tax Exempt Sec.D | C | Dividend | N | T | | | | | |
| 291. Devon Energy Corp. | A | Dividend | | | Sold | 12/31/18 | K | | |
| 292. Diageo PLC | A | Dividend | J | T | | | | | |
| 293. ▒▒▒▒▒ | E | Distribution | N | W | | | | | |
| 294. Dominion Resources, Inc. | A | Dividend | | | Sold | 07/26/18 | K | A | |
| 295. Dover Corp. | A | Dividend | J | T | | | | | |
| 296. Eaton Vance Greater China Growth | A | Dividend | | | Sold | 07/26/18 | J | A | |
| 297. EcoLab, Inc. | A | Dividend | K | T | | | | | |
| 298. Equinix Inc. | A | Dividend | | | Buy | 02/15/18 | J | | |
| 299. | | | | | Sold | 12/31/18 | J | | |
| 300. Exxon Mobil | A | Dividend | | | Buy | 02/15/18 | J | | |
| 301. | | | | | Sold | 12/31/18 | J | | |
| 302. Facebook Inc. (X) | | None | J | T | | | | | |
| 303. Garrett Motion Inc. (X) | | None | | | Sold | 12/31/18 | J | A | |
| 304. General Motors Co. | A | Dividend | J | T | | | | | |
| 305. Grubhub Inc. (X) | | None | | | Sold | 04/23/18 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 07/19/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 306. Guardian Life Insurance Co. - Whole Life Insurance Policy | A | Interest | J | T | | | | | |
| 307. GW Pharmaceuticals PLC (X) | | None | | | Sold | 12/31/18 | J | | |
| 308. Hess Corp. | A | Dividend | | | Sold | 12/31/18 | J | | |
| 309. Hill Rom Hldgs | A | Dividend | | | Buy | 02/15/18 | K | | |
| 310. | | | | | Sold | 12/31/18 | J | | |
| 311. Home Depot | B | Dividend | K | T | | | | | |
| 312. Honeywell Intl. Inc. | A | Dividend | K | T | | | | | |
| 313. HP Inc. | A | Dividend | J | T | | | | | |
| 314. Idexx Lab Inc. | | None | K | T | Buy | 02/15/18 | K | | |
| 315. Intercapital Insd.Mun.Income | A | Interest | J | T | | | | | |
| 316. Intercapital Insd.Mun.Trust | A | Interest | J | T | | | | | |
| 317. Intercapital Quality Muni TR | A | Interest | J | T | | | | | |
| 318. Invesco Municipal Opp. Trust | B | Dividend | K | T | | | | | |
| 319. Kraft (The) Heinz Co. | A | Dividend | | | Sold | 12/31/18 | J | | |
| 320. Eli Lilly & Co. | A | Dividend | | | Sold | 02/15/18 | K | B | |
| 321. Lindsey Canal, Inc. | | None | K | W | | | | | |
| 322. Lockheed Martin Corp. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 323. Lord Abbett Intermediate | A | Dividend | J | T | | | | | |
| 324. McDonalds | A | Dividend | J | T | | | | | |
| 325. Merrill Lynch Basic Value Fund | D | Distribution | J | T | | | | | |
| 326. ML Lee Acquisition Fund 89 | A | Interest | J | T | | | | | |
| 327. ML Venture Partners (LP87) | A | Distribution | J | T | | | | | |
| 328. MERRILL LYNCH MUNICIPAL SECURITIES (H) | | | | | | | | | |
| 329. Arlington Cnty. VA Pub. | B | Interest | K | T | | | | | |
| 330. Arlington Cnty VA Go Pub. | | None | K | T | Buy | 11/07/18 | J | | |
| 331. Cary NC Enterprise Sys. (X) | A | Interest | J | T | | | | | |
| 332. DC Wtr. & Swr. Auth. Pub. Util. | B | Interest | | | Sold | 11/07/18 | L | | |
| 333. Durham N C LTD Oblig. LTD | A | Interest | K | T | Buy | 04/27/18 | K | | |
| 334. Fairfax Cnty. VA Pub. Impt. | A | Interest | K | T | | | | | |
| 335. Harris Cnty. Tex Road | B | Interest | | | Sold | 11/06/18 | K | | |
| 336. King Cnty. Wash Swr. Rev. Prerefunded B | A | Interest | K | T | | | | | |
| 337. King Cnty. Wash Swr. Rev. Unrefunded B | A | Interest | J | T | | | | | |
| 338. King Cnty. Wash Swr. Rev. | | None | K | T | Buy | 11/06/18 | K | | |
| 339. Newport News VA Ser A RF | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 340. North Tex Twy Auth. Rev. | | None | K | T | Buy | 11/06/18 | K | | |
| 341. Northern VA Transn. Auth. | B | Interest | L | T | | | | | |
| 342. Ohio St. Dpt. Adm. SVC CTFS | A | Interest | J | T | | | | | |
| 343. Portsmouth VA Ser. A RF | A | Interest | K | T | | | | | |
| 344. Richmond VA Pub. Utl. Rev. Ser. A RF | B | Interest | K | T | | | | | |
| 345. San Fran CA CY-CO Arpt. CIA Rev. | A | Interest | | | Sold | 04/27/18 | K | B | |
| 346. San Fran CA CY-CO Arpt. CIA Rev. Unrefunded | A | Interest | J | T | | | | | |
| 347. Spotsylvania Cnty. VA Pub. Impt. | A | Interest | K | T | | | | | |
| 348. VA CLG Bldg. Va. | B | Interest | K | T | | | | | |
| 349. VA State PBA Pub. | B | Interest | K | T | | | | | |
| 350. VA State Res. Auth. | B | Interest | L | T | | | | | |
| 351. Virginia CBA VA Ed FCS Rv. Pub. Ser. A | A | Interest | K | T | | | | | |
| 352. Virginia Comwlth Transn Brd. Transn Rev. | A | Interest | K | T | Buy (add'l) | 01/25/18 | J | | |
| 353. Virginia ST PSA SPL Obg. Prince Will RF Schd. | A | Interest | J | T | | | | | |
| 354. Virginia ST PSA Sch. Fing 1997 Sch. Ser. B | B | Interest | K | T | | | | | |
| 355. Wisconsin ST Go Ref. | | None | K | T | Buy | 11/07/18 | K | | |
| 356. Morgan Stanley Mutual Fund | E | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 07/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 357. NexteEra Energy Inc. | A | Dividend | J | T | | | | | |
| 358. Norfolk Southern | A | Dividend | J | T | | | | | |
| 359. Occidental Pete Corp. Cal. . | A | Dividend | | | Sold | 02/15/18 | J | A | |
| 360. Oracle | A | Dividend | | | Sold | 05/01/18 | J | C | |
| 361. Pfizer | B | Dividend | K | T | | | | | |
| 362. Proctor & Gamble | A | Dividend | | | Sold | 04/23/18 | J | B | |
| 363. QualComm Inc. | A | Dividend | K | T | | | | | |
| 364. Resideo Technologies Inc. (X) | | None | | | Sold | 12/31/18 | J | A | |
| 365. Royal Dutch Shell | B | Dividend | K | T | | | | | |
| 366. Simon Property Group Del (REIT) | A | Dividend | J | T | | | | | |
| 367. 3M Company | B | Dividend | J | T | | | | | |
| 368. Texas Instruments | A | Dividend | J | T | Buy | 05/01/18 | J | | |
| 369. Thermo Fisher Scientific, Inc. | A | Dividend | K | T | | | | | |
| 370. TowneBank Checking & Savings | A | Interest | J | T | | | | | |
| 371. United Pacific Corp. | A | Dividend | J | T | | | | | |
| 372. United Techs Corp. | A | Dividend | J | T | | | | | |
| 373. Verizon Comm. | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 07/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 374.  Wal-Mart Stores, Inc. | A | Dividend | J | T | | | | | |
| 375.  ▓▓▓▓ | G | Distribution | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII - INVESTMENTS

1. Line 87. ▓▓▓▓▓ Received final distribution on 12/13/18. LLC has been completely dissolved as of 12/31/18.

2. Line 92. Envest II, final sale of 1-800-Pack-Rat on or ablout 6/4/2018.

3. Line 103. Fairfield Associates. On 8/22/2018 filed Chapter 11, EDVA 2:18bk73744.

4. Line 105. Fidelity Adivosr 529 Plan. Educational savings plan for ▓▓▓▓▓

5. Line 191. Oxford Square Capital. On 3/20/2018 name change from TICC Capital Corp.

6. Line 195. Perspecta Inc. On 5/7/2018 spinoff with DXC Technology.

7. Line 238. TICC Capital Corp. On 3/20/2018 name change to Oxford Square Capital.

8. Line 262-375. Insofar as ▓▓ ▓▓ listings are concerned, she is a ▓▓▓▓ of independent means and the listings contained herein with regard to her are those to which I may have personal knowledge from income tax returns and prior reports to you. I am not privy to any other information concerning her holdings and finances as she deals independently with regard to them and is an independent individual who will not waive her constitutional or statutory rights. ▓▓ ▓▓ holdings were not derived from or through me and are being reported since they may be known to me due to joint income tax returns and are released only because of the regulations placed upon me. I do not derive any benefit from her securities in any way. She claims her right to confidentiality by virtue of 26 U.S.C. Section 6103, among other protections. She emphatically believes her holdings reported on this form should not be divulged for any public viewing. She feels that her constitutional rights have been and will be violated and that she has not been afforded a hearing with regard to your requirement that her personal and private holdings be reported. She states she has not been afforded due process. Any information you feel is lacking or is in need of explanation should be directed to her as I have disclosed that which I may have learned from past tax information and some of which may be over reported out of an abundance of caution.

9. Line 265. Advansix Inc. was purchased on or about 6/3/15 and was inadvertently omitted from prior reports.

10. Line 266. Advned Micro D Inc. was purchased on or about 8/25/17 and was inadvertently omitted from prior reports.

11. Line 267. Alphabet Inc. was purchased on or about 9/10/15 and was inadvertently omitted from prior reports.

12. Line 269. Amazon Com Inc. was purchased on or about 12/29/09 and was inadvertently omitted from prior reports.

13. Line 270. Apergy Corp. Reg. was purchased on or about 8/25/17 and was inadvertently omitted from prior reports.

14. Line 274. Baidu Inc. was purchased on 5/31/11 and was inadvertently omitted from prior reports.

15. Line 280. Celgene Corp. was purchased on or about 4/30/10 and was inadvertently omitted from prior reports. It was sold on 2/15/18.

16. Line 284. Community Bankers Tr. Corp. was purchased on or about 5/23/97 and was inadvertently omitted from prior reports.

17. Line 302. Facebook Inc. was purchased on or about 8/26/14 and was inadvertently omitted from prior reports.

18. Line 303. Garrett Motion Inc. was purchased on or about 6/3/15 and was inadvertently omitted from prior reports. It was sold on 12/31/18.

19. Line 305. Grubhub Inc. was purchased on or about 12/30/16 and was inadvertently omitted from prior reports. It was sold on 4/23/18.

20. Line 307. GW Pharmaceuticals PLC was purchased on or about 12/30/16 and was inadvertently omitted from prior reports. It was sold on 12/31/18.

21. Line 331. Cary NC Enterprise Sys. was purchased on 12/14/17 and was inadvertently omitted from prior reports.

22. Line 364. Resideo Technologies Inc. was purchased on or about 6/3/15 and was inadvertently omitted from prior reports. It was sold on 12/31/18.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ ROBERT G. DOUMAR**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544